27 F.3d 560
 Walls (Yvonne), Estate of Bastiand (Theresa Lynn), Ahmadi
(Said, Jacque Ramon), on Behalf of Bastand
(Theresa Lynn), deceased
v.
Ahmed (Khalil), Pennske Truck Leasing Co., Ltd., White
(William R.), Agent of Matsinger Enterprises, Inc.,
Matsinger (Mark), Owner and Operator of Matsinger
Enterprises, Inc., Matsinger Enterprises, Inc., Walls
(Yvonne), Estate of Bastiand (Teresa Lynn)
 NO. 93-2070
 United States Court of Appeals,
Third Circuit.
 May 06, 1994
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.